| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Maloney, Paul L | 2. Court or Organization District Court, WD MI | 3. Date of Report 03/22/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge Nominee | 5a. Report Type (check appropriate type) ☒ Nomination, Date 03/19/2007 ☐ Initial ☐ Annual ☐ Final <br> 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 02/28/2007 |
| 7. Chambers or Office Address 811 Port Street St Joseph MI 49085 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President, Catholic Community Education Commission | Lake Michigan Catholic Schools, St. Joseph, Michigan |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995-2007 | State Judicial Pension calculated based on years of service |
| 2. 1995-2007 | Berrien County Pension calculated based upon years of service |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L | 03/21/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2005 | Judicial Salary, State of Michigan and County of Berrien | $ 139,500 |
| 2. | 2006 | Judicial Salary, State of Michigan and County of Berrien | $ 139,500 |
| 3. | 2007 | Judicial Salary, State of Michigan and County of Berrien | $ 26,850 |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Teacher, River Valley School District |
| 2. | 2007 | Teacher, River Valley School District |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Exempt | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Maloney, Paul L | 03/21/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L | 03/21/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1  BROKERAGE ACCOUNT #1 | | | | | Exempt | | | | |
| 2. --Agere Common Stock | A | Dividend | J | T | | | | | |
| 3. --Avaya Common Stock | A | Dividend | J | T | | | | | |
| 4. --CMS Energy Common Stock | A | Dividend | J | T | | | | | |
| 5. --Freescale Semiconductor Common Stock | A | Dividend | J | T | | | | | |
| 6. --GE Common Stock | A | Dividend | K | T | | | | | |
| 7. Harley Davidson Common Stock | A | Dividend | K | T | | | | | |
| 8. --Alcatel-Lucent Common Stock | A | Dividend | J | T | | | | | |
| 9. --Disney Common Stock | A | Dividend | J | T | | | | | |
| 10. --Health Services Trust B | B | Dividend | J | T | | | | | |
| 11. --Tech Fund B (fka Info Fund B) | A | Dividend | J | T | | | | | |
| 12. --Financial Services Trust B | A | Dividend | J | T | | | | | |
| 13. --Focus Growth Fund A (fka Amer. Opp. Fund A) | A | Dividend | J | T | | | | | |
| 14. --Dividend Growth Securities A | A | Dividend | J | T | | | | | |
| 15. --Tech Fund A (fka Info Fund A) | A | Dividend | J | T | | | | | |
| 16. --Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 17. BROKERAGE ACCOUNT #2 | | | | | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)

2. Value Codes
(See Columns C1 and D3)

3. Value Method Codes
(See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| Q =Appraisal | V =Other | S =Assessment | | |
| U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L | 03/21/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. --Apple Computer Common Stock | A | Dividend | J | T | | | | | |
| 19. --EBay Common Stock | A | Dividend | J | T | | | | | |
| 20. --US Government Money Trust | A | Dividend | J | T | | | | | |
| 21. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 22. --Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 23. --Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 24. --Dividend Growth Securities A | A | Dividend | J | T | | | | | |
| 25. --S&P 500 Index Fund B | A | Dividend | J | T | | | | | |
| 26. --Divdend Growth Securities B | A | Dividend | J | T | | | | | |
| 27. STATE OF MICHIGAN 401(k) | | | | | | | | | |
| 28. --SSgA Bond Market Index | A | Dividend | J | T | | | | | |
| 29. --Western Asset Core Bond | A | Dividend | J | T | | | | | |
| 30. --MFS Total Return A | A | Dividend | K | T | | | | | |
| 31. --Dodge and Cox Stock Fund | B | Dividend | L | T | | | | | |
| 32. --Legg Mason Lg. Cap Growth Y | A | Dividend | K | T | | | | | |
| 33. --Columbia Acorn Z | A | Dividend | J | T | | | | | |
| 34. --American Funds Euro Pacific | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Templeton Foreign A | A | Dividend | J | T | | | | | |
| 36. 457 RETIREMENT ACCOUNT | | | | | | | | | |
| 37. --Nationwide Fixed Account | B | Interest | K | T | | | | | |
| 38. --Neuberger Genesis Fund TC | A | Dividend | J | T | | | | | |
| 39. 403 b ACCOUNT | | | | | | | | | |
| 40. --New Perspective Fund A | A | Dividend | J | T | | | | | |
| 41. --Capital World Growth A | A | Dividend | J | T | | | | | |
| 42. --US Govt Securities A | A | Dividend | J | T | | | | | |
| 43. FIFTH THIRD BANK | A | Interest | J | T | | | | | |
| 44. DOJ FEDERAL CREDIT UNION | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L | 03/21/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L | 03/22/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date ___3/22/07___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 5 | 000 | Notes payable to banks-secured | | |
| U.S. Government securities-add schedule | | | Notes payable to banks-unsecured | | |
| Listed securities-add schedule | 360 | 634 | Notes payable to relatives | | |
| Unlisted securities--add schedule | | | Notes payable to others | | |
| Accounts and notes receivable: | | | Accounts and bills due | 3 | 000 |
| Due from relatives and friends | | | Unpaid income tax | | |
| Due from others | | | Other unpaid income and interest | | |
| Doubtful | | | Real estate mortgages payable-add schedule | 135 | 000 |
| Real estate owned-add schedule | 350 | 000 | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | | | Other debts-itemize: | | |
| Autos and other personal property | 150 | 000 | | | |
| Cash value-life insurance | | | | | |
| Other assets itemize: | | | | | |
| | | | | | |
| | | | | | |
| | | | Total liabilities | 138 | 000 |
| | | | Net Worth | 727 | 634 |
| Total Assets | 865 | 634 | Total liabilities and net worth | 865 | 634 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
| As endorser, comaker or guarantor | | | Are any assets pledged? (Add schedule) | NO | |
| On leases or contracts | | | Are you defendant in any suits or legal actions? | NO | |
| Legal Claims | | | Have you ever taken bankruptcy? | NO | |
| Provision for Federal Income Tax | | | | | |
| Other special debt | | | | | |